

# Fourth Court of Appeals
## San Antonio, Texas

May 25, 2016

No. 04-14-00709-CR

Francisco Javier **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR9697
Honorable Ray Olivarri, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file Motion for Rehearing En Banc is GRANTED. Time is extended to June 1, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court